Chad R. Fuller (SBN 190830)
*cfuller@goodwinprocter.com*
Goodwin Procter LLP
4365 Executive Drive
San Diego, California  92121
Tel.: 858.202.2700
Fax: 858.457.1255

Joseph R. Farris (SBN 263405)
*jfarris@goodwinprocter.com*
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel: 650.752.3100
Fax: 650.853.1038

Attorneys for Plaintiff
COUNTRYWIDE HOME LOANS, INC.

**FILED:  2/24/12**

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS INC., <br><br> Plaintiff, <br><br> v. <br><br> RYLAND MORTGAGE COMPANY, et al., <br><br> Defendants. | Case No. CV 12-714 GHK (JCGx) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES COUNTY SUPERIOR COURT** <br><br> Judge:  George H. King <br> Courtroom:  650 - Roybal |

**IT IS HEREBY ORDERED AS FOLLOWS:**

Pursuant to 28 U.S.C. §§ 1441(b)(2), 1447(c), the Joint Stipulation to Remand Action to Los Angeles County Superior Court is GRANTED. This action is hereby remanded to Los Angeles County Superior Court.

**SO ORDERED.**

Dated:   2/24/12                                      _____
                                                                        HONORABLE GEORGE H. KING
                                                                        UNITED STATES DISTRICT COURT JUDGE